UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROOSEVELT REED,<br><br>    Plaintiff,<br><br> v.<br><br>ELEANOR VERNELL, XANDIS PHILLIPS, AND NANCY HENDERSON,<br><br>    Defendants. | CASE NO. 14-5800 RJB-KLS<br><br>ORDER ON REPORT AND RECOMMENDATION |

  This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom.  Dkt. 16.  The Court has considered the pleadings filed regarding the Report and Recommendation and the remaining file.

  In this 42 U.S.C. § 1983 case, Plaintiff asserts that Defendants' deductions from his prison postage account violated his procedural and substantive due process rights.  Dkt. 4.

  On April 6, 2015, U.S. Magistrate Judge Karen L. Strombom issued her Report and Recommendation, recommending that Defendants' Motion for Summary Judgment be granted, the case be dismissed as frivolous, and the dismissal count as a strike pursuant to 28 U.S.C. §

1   1915(g).  Dkt. 16.  Plaintiff's motion for an extension of time to file objections was granted.

2   Dkt. 20.

3         The Report and Recommendation should be adopted.  Plaintiff's various pleadings

4   including his April 22, 2015 "Plaintiff's Opposition to Defendants' Motion for Summary

5   Judgment" (Dkt. 19), Objection to the Magistrates [sic] report and recommendation and request

6   for evidentiary hearing (Dkt. 21), and Plaintiff's reply to Defendants [sic] response to Plaintiffs

7   [sic] objection to magistrates report and recommendation (Dkt. 23) do not provide a basis to

8   reject the Report and Recommendation.  They reiterate his prior arguments and urge that the

9   Defendants' Motion for Summary Judgment should be denied.  His arguments are addressed in

10  the Report and Recommendation.  The Report and Recommendation (Dkt. 16) should be

11  adopted, Plaintiff's claims dismissed, and the dismissal should count as a count as a strike

12  pursuant to 28 U.S.C. § 1915(g).

13        It is **ORDERED** that:

14  - The Report and Recommendation (Dkt. 16) **IS ADOPTED**;

15  - Plaintiff's claims **ARE DISMISSED**; and

16  - The dismissal **SHALL** count as a **STRIKE** pursuant to 28 U.S.C. § 1915(g).

17        The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge

18  Karen L. Strombom, all counsel of record and to any party appearing *pro se* at said party's last

19  known address.

20        Dated this 2nd day of June, 2015.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ON REPORT AND
RECOMMENDATION- 2